UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL COUNSELOR I<br>BRENDA LOMELI, et al.,<br><br>    Defendants. | Case No. 18-cv-03350-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment; and Denying Their Motion to Dismiss as Moot,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants Garcia, Lomeli, Gonzalez, and Gomez. Parties shall each bear their own costs of action.

Dated: December 23, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge